IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

07 MAR 26  PM 4: 26

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

v.                              CIV 06-0940 WJ/KBM
                                  CR 02-0501 BB

DAVID DURAN-SALAZAR,

       Defendant-Movant.


## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 16, 2007. *See Doc. 11.* Plaintiff filed extensive objections, which I have carefully reviewed *de novo.* I find the objections without merit.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 11)* is ADOPTED;

2. The United States' motion *(Doc. 6)* is GRANTED IN PART;

3. Defendant's request for an evidentiary hearing *(Doc. 9)* is DENIED;

4.  Defendant's § 2255 petition *(Doc. 1)* is denied on the merits and
    dismissed with prejudice; and

5.  A final order enter concurrently herewith.

UNITED STATES DISTRICT JUDGE